**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTORIA SOROCEAN,<br><br>           Petitioner,<br><br>v.<br><br>TODD BLANCHE, et al.,<br><br>           Respondents. | CASE NO. 5:25-cv-02985-MCS-SK<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DENY IN PART AND DISMISS IN PART HABEAS PETITION** |

In accordance with 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation (R&R) to Deny in Part and Dismiss in Part Habeas Petition, Petitioner's Objections to the R&R, and any pertinent records as needed.  Having reviewed de novo those portions of the R&R to which Petitioner has objected, the Court finds that nothing in her Objections affects the material findings and conclusions in the R&R.  The Court thus accepts the recommendation and orders that the petition under 28 U.S.C. § 2241 be DENIED IN PART and DISMISSED IN PART for the reasons stated in the R&R.  Judgment dismissing this action will be entered accordingly.

      IT IS SO ORDERED.

DATED: July 7, 2026

_____

MARK C. SCARSI
United States District Judge