JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA SOROCEAN,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, et al.,<br><br>Respondents. | CASE NO. 5:25-cv-02985-MCS-SK<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Deny in Part and Dismiss in Part Habeas Petition, **IT IS ADJUDGED** that this action under 28 U.S.C. § 2241 is dismissed.

The Clerk of Court is instructed to close the case.

IT IS SO ORDERED.

DATED: July 7, 2026

_____
MARK C. SCARSI
United States District Judge